```
MINUTE ENTRY
CHASEZ, M.J.
MAY 15, 2013
```

                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DONNA BOUDREAUX                          CIVIL ACTION

VERSUS                                   NUMBER: 11-1213

ACE AMERICAN INSURANCE                   SECTION: "C"(5)
COMPANY, ET AL.


                        HEARING ON MOTION

APPEARANCES:   Bryce Murray, Kyle Kirsch

MOTION:

(1)  Plaintiff's Motion for Sanctions Under Federal Rules of Civil
     Procedure Rule 37 (Rec. doc. 72).


_____:    Continued to

_____:    No opposition

  1  :     Opposition


                            ORDERED

_____:    Dismissed as moot.


MJSTAR(00:20)

   _____   :      Dismissed for failure of counsel to appear.

   _____   :      Granted.

   _____   :      Denied.

   \_\_1\_\_   :      Other.  Defendant is to re-review plaintiff's discovery requests to insure that all information that is responsive thereto has been produced, including any accident/incident reports pertaining to Mr. Washington's 2005 accident and anything bearing on his work competency whether or not it is included in his actual personnel file.  This is to be accomplished by May 27, 2013.  Within two (2) days thereafter, United is to provide plaintiff with an affidavit from the individual who searched for the responsive documents which describes the parameters of the search that was undertaken and attests to the fact that to the best of his or her knowledge, no additional responsive documents exist.  If plaintiff is dissatisfied with the affidavit she may take the deposition of the affiant with United to bear the costs of the court reporter.  Plaintiff may also re-depose Mr. Washington, limited to the 2005 accident and the accident/incident report that was generated as a result of it, his previous employment with United, and anything additional that is produced as a result of the search ordered hereinabove.

 

_____
      ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE